**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**CHARLES DUNN**,

Supervised Releasee

**NO. 5: 05-CR-40 (HL)**

RE: VIOLATION OF SUPERVISED RELEASE

## O R D E R

CHARLES DUNN, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an initial appearance hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Catherine Michelle Leek of the Federal Defenders Office.  The government was represented by Assistant U. S. Attorney Charles Calhoun.  With assistance of counsel, Mr. Dunn waived in writing his right to a Preliminary Hearing.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE herein, *inter alia*, that while under supervision, the **SUPERVISED RELEASEE** was convicted of the offenses of DRIVING UNDER THE INFLUENCE OF ALCOHOL on July 9 2008, DRIVING ON A SUSPENDED LICENSE on April 3, 2009, and BATTERY on June 12, 2009.  In addition, he is currently charged with the offense of BATTERY alleged to have been committed on April 19, 2009.  Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a Final Revocation Hearing, the undersigned finding that he poses a danger to the community by continuing to violated the law while under supervision.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge.  The Clerk of Court is directed to forward this order and the within file to the appropriate district judge  for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 24th day of JUNE, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE